UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNE-MARIE HERRINGTON,

        Plaintiff,        No. 05-CV-74424-DT

vs.        Hon. Gerald E. Rosen

AGENTS FOR INTERNATIONAL
MONETARY FUND, et al.,

        Defendants.
_____/

### JUDGMENT OF DISMISSAL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     December 7, 2005

PRESENT:  Honorable Gerald E. Rosen
                    United States District Judge

The Court having this date entered a Memorandum Opinion and Order dismissing

Plaintiff's Complaint for lack of subject matter jurisdiction,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT

OF DISMISSAL, WITHOUT PREJUDICE be, and hereby is, entered.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  December 7, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 7, 2005, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager