UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNE-MARIE HERRINGTON,

                Plaintiff,               No. 05-CV-74424-DT

vs.                                    Hon. Gerald E. Rosen

AGENTS FOR INTERNATIONAL
MONETARY FUND, et al.,

                Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION
FOR RECONSIDERATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        January 5, 2006

PRESENT:  Honorable Gerald E. Rosen
                 United States District Judge

This matter is presently before the Court on Plaintiff Jeanne-Marie Herrington's

Petition for Reconsideration of the Court's December 7, 2005 Opinion and Order and

Judgment dismissing Plaintiff's Complaint for lack of subject matter jurisdiction.

The requirements for the granting of motions for reconsideration are set forth in

Eastern District of Michigan Local Rule 7.1(h), which provides in relevant part:

**(h)  Motions to Alter or Amend a Judgment or for Rehearing or Reconsideration.**

(1)    *Time*.  Any  motion to alter or amend a judgment and any motion for rehearing or reconsideration shall be served not later than 10 days aftr entry of such judgment or order.

* * *

(3) *Grounds*.  Generally, and without restricting the discretion of the Court, <u>motions for rehearing or reconsideration which merely present the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted.</u>  The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court has reviewed Plaintiff's motion for reconsideration in this case and finds that Plaintiff has merely presented issues already ruled upon by the Court in its December 7, 2005 Opinion and Order, and she has not demonstrated a palpable defect by which the Court has been misled or that a different disposition of the case must result from a correction thereof.  For these reasons,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Petition for Reconsideration be, and hereby is, DENIED.


s/Gerald E. Rosen_____
Gerald E. Rosen
United States District Judge

Dated:  January 5, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 5, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry_____
Case Manager